AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

RODRIGO GARCIA LOZA

*Defendant(s)*

Case No. 3:26 mj 170

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 14, 2025 in the county of Clark in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2) | Reentry of Removed Alien Subsequent to Conviction for Aggravated Felony |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

M. Klauenberg
*Complainant's signature*

Deportation Officer Matthew W. Klauenberg, ICE
*Printed name and title*

Sworn to before me and signed in my presence via telephone.

Date: 5/1/2026

*Judge's signature*

City and state: DAYTON, OHIO

Caroline Gentry U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew W. Klauenberg, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Deportation Officer with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) division. I am a graduate of the Federal Law Enforcement Training Center, and I have received specialized training in establishing alienage and removability of foreign-born citizens. I also have extensive knowledge of, and experience reviewing, Alien files ("A-files"), which also facilitates my determination of whether a person is present in the United States unlawfully. An A-file is a collection of documents pertaining to a known alien maintained by U.S. Citizenship and Immigration Services, which generally contains, among other information, records from any prior removal from the United States and the reason for such removal. The documents, including fingerprint records of the alien, are placed in the A-File by representatives of the Department of Homeland Security, as well as other agencies. Through my training and experience, my duties include identifying aliens present in the United States both lawfully and unlawfully.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Rodrigo GARCIA LOZA, a citizen of Mexico, with violating 8 U.S.C § 1326(a) and (b)(2), in that, on or about February 14, 2025, Rodrigo GARCIA LOZA was found in the United States, specifically, in the Clark County Jail in Springfield, Ohio, which is located in the Southern District of Ohio, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, after having been removed from the United States subsequent to a conviction for commission of an aggravated felony.

3. This affidavit is based on information obtained by me, information conveyed to me by other law enforcement officers, and a review of evidence, records, and documents obtained during the

course of the investigation. This affidavit contains the information necessary to establish probable cause but does not include each and every fact known to me or known to the government.

**PROBABLE CAUSE**

4. On or about February 14, 2025, law enforcement arrested GARCIA LOZA near New Carlisle, Ohio on an outstanding warrant and transported to the Clark County Jail. On or about that date, while he was detained in the Clark County Jail, ICE telephonically interviewed GARCIA LOZA, who admitted, in sum and substance, that he was residing in the United States illegally.

5. Following his telephonic interview with ICE, GARCIA LOZA was transferred to the Warren County Jail. The Warren County Sheriff's Office submitted GARCIA LOZA's fingerprints to the Ohio Bureau of Criminal Investigation on or about February 14, 2025, ultimately resulting in an apparent match to an ICE record for GARCIA LOZA indicating that he appeared to have been previously removed from the United States on or about July 12, 2023. No record of a legal re-entry was found.

6. As part of my investigation, I have reviewed records contained in GARCIA LOZA's A-file. Those records indicate, in substance and in part, the following:

a. In or around August 2017, in the U.S. District Court for the Southern District of Ohio, a judgment was entered against GARCIA LOZA adjudicating him guilty of (1) possession of cocaine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and (2) possession of a firearm in furtherance of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c). GARCIA LOZA was sentenced to an aggregate prison term of 96 months on these charges.

b. On or about July 5, 2023, a Final Administrative Removal Order was issued concluding that GARCIA LOZA was deportable as an alien convicted of an aggravated felony and ordering him removed from the United States to Mexico.

c. On or about July 13, 2023, GARCIA LOZA was removed from the United States through Brownsville, Texas.

7. On or about May 1, 2026, I consulted one or more databases available to ICE for assistance in determining whether an alien is lawfully present in the country, and I found no record indicating that GARCIA LOZA has received permission to re-enter the United States following his removal on or about July 13, 2023.

## CONCLUSION

8. Based upon the foregoing, I submit that there is probable cause to conclude that, on or about February 14, 2025, GARCIA LOZA was found in the Southern District of Ohio – after a prior removal subsequent to a conviction for an aggravated felony – without having obtained permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a) and (b)(2).

M. Klauenberg
Matthew Klauenberg
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to by telephone this 1st day of May, 2026

Honorable Caroline H. Gentry
United States Magistrate Judge